IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marcos Antonio Aguilar Rodriguez, | No. CV-25-04757-PHX-SHD (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Christopher Howard, et al., | |
| Respondents. | |

Petitioner challenged his present immigration detention, arguing he was released from immigration detention on bond and redetained without any due process. (Doc. 1.) The Court directed Respondents to respond to the Petition. (Doc. 8.) Respondents' response stated

> At this time, Respondents do not oppose Petitioner's request for release from detention per the Immigration Judge's 2017 bond order and to place Petitioner back on the conditions of release prior to re-detention.

(Doc. 14.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his procedural due process claim.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his procedural due process claim and is otherwise denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the conditions set forth in the Immigration Judge's 2017 bond order.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 6th day of March, 2026.

_____
Honorable Sharad H. Desai
United States District Judge